November 29, 2012



# JUDGMENT

# The Fourteenth Court of Appeals

NARENDRA BAJANIYA, Appellant

NO. 14-12-00554-CV                      V.

SOLOCHNA  BAJANIYA, Appellee

_____

Today the Court heard its own motion to dismiss the appeal from the judgment signed by the court below on May 16, 2012. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellant, Narendra Bajaniya.

We further order this decision certified below for observance.